IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN YOUNG POUNCEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:12-cv-848-MEF |
| ) | |
| CHRIS SUMMERLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 10, 2014, the Magistrate Judge filed a Recommendation (Doc. #57) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendants' motion for summary judgment (Doc. #52) is GRANTED and this case is DISMISSED with prejudice.

DONE this the 3rd day of March, 2014.

                               /s/ Mark E. Fuller
                        UNITED STATES DISTRICT JUDGE